**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

VERONICA STOVALL and
RONNIE STOVALL,

    Plaintiffs,

v.                                                     Case No: 5:16-cv-112-Oc-30PRL

ZIMMER, INC., ZIMMER HOLDINGS,
INC., and ZIMMER ORTHOPAEDIC
SURGICAL PRODUCTS, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion to Stay Pending Transfer to Multidistrict Litigation Proceedings (Doc. 4). The parties request that the Court stay the case pending a ruling by the Northern District of Illinois in case no. MDL-2272 on the parties' application to transfer the case to that court for pretrial proceedings in accordance with 28 U.S.C. § 1407.

Upon due consideration, it is therefore **ORDERED AND ADJUDGED** that:

1. The parties' Joint Motion to Stay Pending Transfer to Multidistrict Litigation Proceedings (Doc. 4) is GRANTED.

2. This cause of action is STAYED pending the Northern District of Illinois's ruling on the parties' application to transfer proceedings.

3. The Clerk shall administratively close this case.

4.     The parties are directed to file a status report within fourteen (14) days after the Northern District of Illinois issues its decision, which should update the Court of the status of this case and request a lift of the stay, if applicable.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of March, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record